IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**LINDA BALDWIN,**
    **PLAINTIFF,**

V.                                                         **Case No.  A-25-CV-138-RP**

**OFFICE OF INJURED EMPLOYEE COUNSEL**
**and ZURICH AMERICAN INSURANCE COMPANY,**
    **DEFENDANTS.**

### O R D E R

Before the Court is Plaintiff Linda Baldwins's *pro se* "Original Petition."  Baldwin is barred from filing complaints, removing cases, or otherwise initiating litigation in the Western District of Texas without obtaining prior approval from a federal district or magistrate judge in the District.  *See Baldwin v. Office of Injured Employee Counsel*, No. 1:19-CV-454-RP (W.D. Tex. Mar. 24, 2020) (ECF No.40).  Construing Baldwin's complaint liberally, she appears to request leave to file her complaint in the first paragraph of her complaint.  After consideration of her request, the Court denies leave to file.  Plaintiff seeks to litigate the same or related claims she litigated in previously filed cases.

It is therefore **ORDERED** that the request for leave to file complaint, filed by Plaintiff Linda Baldwin on January 23, 2025, is **DENIED**.  This case is **CLOSED**.

**SIGNED** on January 30, 2025.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE